IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 252

| | |
|---|---|
| T.W., by her next friend Kristena Wilson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SHANE DAVIS and THE CITY OF ) | |
| KINGS MOUNTAIN ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On September 9, 2017, T.W., by next friend and mother Kristena Wilson, filed her Complaint [# 1]. T.W. is eighteen [# 1]. T.W. has been diagnosed with autism and suffers from anxiety and narcolepsy [# 1]. While the distinction between next friend and guardian ad litem remains fine, the Court will require that a guardian ad litem be appointed for T.W. See Fed. R. Civ. P. 17(c)(2); Blackwell v. Vance Trucking Co., 139 F. Supp. 103, 106 (1956).

Therefore, the Court **DIRECTS** Plaintiff's counsel to file a motion on or before January 18, 2017 to have Plaintiff's mother, or someone else qualified, to be appointed as a guardian ad litem for T.W.

Signed: January 5, 2018

Dennis L. Howell
United States Magistrate Judge