# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 252

| | |
|---|---|
| **T.W.,** by her next friend Kristena Wilson, ) ) **Plaintiff,** ) ) v. ) ) **SHANE DAVIS, and THE CITY OF** ) **KINGS MOUNTAIN,** ) ) **Defendants.** ) _____ ) | **ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to File Guardianship Papers [# 10]. On January 5, 2018, the Court directed Plaintiff's counsel to file a motion to designate T.W.'s mother, or other fit individual, as a guardian ad litem. Plaintiff's counsel asks for a two week extension to file appropriate guardianship papers. Defendants consent to the extension.

Accordingly, the Court **GRANTS** the motion [# 10]. Plaintiff shall have until **February 5, 2018**, to file the appropriate guardianship papers.

Signed: January 19, 2018

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge