# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17 cv 252

| | | |
|---|---|---|
| **LOANN MEEKINS,** *as Guardian Ad Litem for* **T.W.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SHANE DAVIS, and THE CITY OF KINGS MOUNTAIN,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Report on the Appointment of a Guardian for T.W. [# 17]. The Court finds that a Guardian Ad Litem should be appointed to represent T.W.

The Court **APPOINTS** Loann Meekins as Guardian Ad Litem for T.W. Accordingly, the Court **DIRECTS** the Clerk to change the party name in this case. Further, the Court **DIRECTS** the Clerk to **SEAL** [# 17] to the case participants as a matter of course because it includes sensitive information.

Signed: March 27, 2018

Dennis L. Howell
United States Magistrate Judge