# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 252

| | |
|---|---|
| LOANN MEEKINS, )<br>*as lawful guardian ad litem of Minor Child* )<br>T.W., )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>SHANE DAVIS and CITY OF )<br>KINGS MOUNTAIN, )<br>)<br>    **Defendants.**[1] )<br>_____ ) | **ORDER** |

This matter is before the Court on the parties' Joint Motion to Amend the Pretrial Order and Case Management Plan (# 23). Specifically, the parties move the Court for an amendment to the Pretrial Order and Case Management Plan to extend the close of the Mediation Deadline from September 15, 2018 to October 15, 2018, the Dispositive Motion Deadline from October 1, 2018 to November 1, 2018. Id. at 1. The parties represent that no prior motions to extend the time have been filed in this case, and the proposed changes should not interfere with the trial schedule. Id.

Sufficient reasons have been shown for the requested extensions of time. Therefore, the parties' Joint Motion to Amend the Pretrial Order and Case Management Plan (# 23) is GRANTED.

---

[1] The caption has been constructively amended to reflect the termination of parties. Plaintiff Kristena Wilson was terminated on March 27, 2018.

Signed: September 18, 2018

_____
Dennis L. Howell
United States Magistrate Judge