# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 252

| | |
|---|---|
| LOANN MEEKINS, as Guardian Ad Litem for T.W., </br></br>Plaintiff, </br></br>v. </br></br>SHANE DAVIS and THE CITY OF KINGS MOUNTAIN, </br></br>Defendants. | ORDER |

This matter is before the Court on the "Motion of Plaintiff to Release Loann Meekins as Guardian Ad Litem" (Doc. 33).

Information regarding consultation with Defendants is not included in the Motion, as required by LCvR 7.1(b). Similarly, no brief has been provided, as required by LCvR 7.1(c).

Accordingly, the "Motion of Plaintiff to Release Loann Meekins as Guardian Ad Litem" (Doc. 33) is **DENIED WITHOUT PREJUDICE**.

Signed: April 16, 2019

W. Carleton Metcalf
United States Magistrate Judge